Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOODS, et al. | Case No.: EC-CV-13-1081-PA-SPx |
| Plaintiffs | **Notice of Settlement as to Defendant Portfolio Recovery Associates, LLC Only** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC.; et al, | |
| Defendants | |

NOTICE IS HEREBY GIVEN that Plaintiffs Robert Woods and Kathleen Woods and Defendant PORTFOLIO RECOVERY ASSOCIATES, LLC. have settled all claims in their entirety.

This settlement shall not affect the claims currently pending against co-defendant MIDLAND CREDIT MANAGEMENT, INC.

Date:  September 10, 2013          _____/s/ Jeremy S. Golden_____
                                    Jeremy S. Golden
                                    Attorney for Plaintiffs

1