1  Jeremy S. Golden (SBN 228007)
2  Golden & Cardona-Loya, LLP
3  3130 Bonita Road, Suite 200B
   Chula Vista, CA 91910
4  jeremy@goldencardona.com
   Tel: 619-476-0030; Fax:  775-743-0307
5  Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT WOODS, et al. | Case No.: 5:13-cv-01081-PA-SP |
| Plaintiff | **Judgment** |
| v. | |
| MIDLAND CREDIT MANAGEMENT, INC.; et al, | |
| Defendants | |

    This matter comes before the Court on Plaintiffs' Application for Entry of Judgment.

    The Court finds that pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs Application for Entry of Judgment, Defendant Portfolio Recovery Associates, LLC's ("PRA") Offer of Judgment, and Plaintiffs' Notice of Acceptance of PRA's Offer of Judgment that Judgment should be, and hereby is, GRANTED in favor of Plaintiffs against PRA.

    IT IS THEREFORE ORDERED that Plaintiffs ROBERT WOODS and KATHLEEN WOODS shall recover the sum of Two Thousand Five Hundred and One Dollars ($2,501.00), plus all reasonable attorneys' fees and costs incurred in connection with this

action through the date of acceptance of this Offer of Judgment, in an amount to be agreed to by counsel for the parties, or failing agreement, in an amount to be determined by the Court. In addition, PRA shall waive any claim it may have to recover from Plaintiffs the balance owing on the accounts at issue.

Plaintiffs' claims against Defendant Midland Credit Management, Inc. are still pending and this judgment shall not apply to Defendant Midland Credit Management, Inc.

DATE: November 21, 2013        BY: _____
                                   UNITED STATES DISTRICT JUDGE