David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
MIDLAND CREDIT MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOODS and KATHLEEN WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 5:13-CV-01081-PA-SP <br><br> **NOTICE OF SETTLEMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that Plaintiffs ROBERT WOODS and KATHLEEN WOODS and Defendant MIDLAND CREDIT MANAGEMENT INC. have settled the above-entitled matter in its entirety.  The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation Re Dismissal, with prejudice, as to the entire action pursuant to FRCP 41(a)(1)(A)(ii), no later than 45 days from the date of this Notice.

{Woods Ntc of Settlement;1}   1

In light of the settlement, the parties respectfully request the Court take off calendar all future hearing dates in this case.

DATED: December 23, 2013        CARLSON & MESSER LLP

By:   s/Jeremy Golden
      Jeremy S. Golden
      Attorneys for Plaintiffs
      ROBERT WOODS and
      KATHLEEN WOODS

DATED: December 23, 2013        CARLSON & MESSER LLP

By:   s/David J. Kaminski
      David J. Kaminski
      Martin Schannong
      Attorneys for Defendant
      MIDLAND CREDIT
      MANAGEMENT, INC.