JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WOODS and KATHLEEN WOODS, <br><br> Plaintiff, <br><br> vs. <br><br> MIDLAND CREDIT MANAGEMENT, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 5:13-CV-01081-PA-SP <br><br> **ORDER OF DISMISSAL** |

Having considered the parties' Stipulation of Dismissal, the above-entitled action is hereby dismissed with prejudice. Each party shall bear its own costs and expenses.

IT IS SO ORDERED.

Dated: January 17, 2014

_____
UNITED STATES DISTRICT JUDGE